IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **KARLA GRIMES** § | | **CIVIL ACTION NO** |
| **PLAINTIFF** § | | |
| § | | |
| **V.** § | | **7:10-cv-00067-RAJ** |
| § | | |
| **WAL-MART STORES TEXAS, LLC** § | | |
| § | | |
| **DEFENDANT** § | | |

## ORDER

On this day came to be considered Plaintiff's Motion for Leave to File Supplemental Designation of Expert Witnesses. The Court is of the opinion that said Motion is well taken and should be GRANTED.

It is therefore ORDERED that Plaintiff's Motion for Leave to File Supplemental Designation of Expert Witnesses is GRANTED.

SIGNED this ____ day of _____, 2011.

_____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS