**FILED**

JUN 14 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| KARLA GRIMES | § | CIVIL ACTION NO |
| PLAINTIFF | § | |
| | § | |
| V. | § | 7:10-cv-00067-RAJ |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| DEFENDANT | § | |

## PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

TO:  Wal-Mart Stores Texas, LLC, by and through its attorney of record, Nancy L. Waters, Geary, Porter & Donovan, P.C., 16475 Dallas Parkway, Ste. 400, Addison, Texas 75001-6837.

Plaintiff Karla Grimes ("Plaintiff") submits this Supplemental Designation of Expert Witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Scheduling Order entered in this case.

1. Plaintiff hereby designates the following individual as an expert:

Julie A. Moore
Employment Practices Group
93 Sherwood Drive, Ste. 201
North Andover, MA 01845

Please see Expert Report and CV produced separately.

Respectfully submitted,

By:___/s/ Holly B. Williams_____
         Holly B. Williams
         Texas Bar No. 00788674

**WILLIAMS LAW FIRM, P. C.**
1209 W. Texas Avenue
Midland, TX 79701
432-682-7800
432-682-1112 (fax)
holly@williamslawpc.com

**ATTORNEY FOR PLAINTIFF**
**KARLA GRIMES**

## CERTIFICATE OF SERVICE

       I hereby certify that on May 20, 2011, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

Nancy L. Waters
Geary, Porter & Donovan, P.C.
16475 Dallas Parkway, Ste. 400
Addison, Texas 75001-6837

/s/ Holly B. Williams
Holly B. Williams
